**SO ORDERED.**

**SIGNED July 12, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:

R D HOSPITALITY, LLC
d/b/a Sleep Inn                                    CASE NO. 11-20479

　　Debtor in Possession                           Chapter 11

----------------------------------------------------------------
MEMORANDUM RULING
----------------------------------------------------------------

　　The question before the court is whether a Chapter 11 debtor must pay quarterly fees to the United States Trustee under 28 U.S.C. § 1930(a)(6) in a case that was closed with the entry of a final decree and then subsequently re-opened to seek relief from the court.  The court addressed this question in In re Chandni, LLC, No. 12-21050 (Bankr. W.D. La.) and held that quarterly fees are due for cases that are re-opened by order of the court. Accordingly, quarterly fees were due under section 1930(a)(6) once the case was re-opened.  The debtor has failed to pay those fees.

Failure to pay the quarterly fee is a ground to convert or dismiss the case under 11 U.S.C. § 1112(b)(4)(K). The debtor has thirty (30) days to pay past due quarterly fees in full.  In default, the U.S. Trustee is authorized to submit an order converting the case to a case under Chapter 7 or dismissing the case.

    **IT IS SO ORDERED.**

###